Ryan Lee, Esq. (SBN 235879)
Nick J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff, RACHEL SKOLNICH

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| RACHEL SKOLNICK,<br><br>                  Plaintiff,<br><br>        vs.<br><br>NCO FINANCIAL SYSTEMS, INC,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.:**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

## <u>COMPLAINT</u>

RACHEL SKOLNICK (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection

- 1 -

practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1).*

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202.*

## PARTIES

8. Plaintiff is a natural person who resides in Roswell, Fulton County, Georgia and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3).*

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento

- 2 -

County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff demanding payment for an alleged debt (see transcribed voicemail messages attached hereto as Exhibit "A").

12. Defendant failed to provide Plaintiff with a 30 day debt validation notice.

13. Defendant failed to notify the Plaintiff that it was a debt collector. They further failed to notify the Plaintiff that anything said during the conversation would be used in the collection of the alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without disclosing his/her identity.

   d. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

- 3 -

e.   Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

f.   Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in the initial communication that the debt collector is attempting to collect debt and that any information will be used for the purpose.

15. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

WHEREFORE, Plaintiff, RACHEL SKOLNICK, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

17. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Actual damages,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

21.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, RACHEL SKOLNICK, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: February 12, 2009          KROHN & MOSS, LTD.

By:      /S/Ryan Lee_____
         Ryan Lee
         Attorney for Plaintiff

- 4 -

1

2

3

# VERIFICATION OF COMPLAINT AND CERTIFICATION

4

STATE OF GEORGIA

5

      Plaintiff, RACHEL SKOLNICK, states as follows:

6

1.   I am the Plaintiff in this civil proceeding.
2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

7

8

3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

9

4.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

10

11

5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.   Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

12

13

7.   Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

14

      Pursuant to 28 U.S.C. § 1746(2), I, RACHEL SKOLNICK, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

15

16

DATE: _12-17-08_                  _Rachel Skolnick_

17

                                         RACHEL SKOLNICK

18

19

20

21

22

23

24

25

- 5 -

# **EXHIBIT A**

**Plaintiff is in possession of voicemails from Defendant and will produce upon request**.

COMPLAINT

# **EXHIBIT B**

COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness                                                              YES    NO
2. Fear of answering the telephone                                           YES    NO
3. Nervousness                                                               YES    NO
4. Fear of answering the door                                                YES    NO
5. Embarrassment when speaking with family or friends                        YES    NO
6. Depressions (sad, anxious, or "empty" moods)                              YES    NO
7. Chest pains                                                               YES    NO
8. Feelings of hopelessness, pessimism                                       YES    NO
9. Feelings of guilt, worthlessness, helplessness                            YES    NO
10. Appetite and/or weight loss or overeating and weight gain                YES    NO
11. Thoughts of death, suicide or suicide attempts                           YES    NO
12. Restlessness or irritability                                             YES    NO
13. Headache, nausea, chronic pain or fatigue                                YES    NO
14. Negative impact on my job                                                YES    NO
15. Negative impact on my relationships                                      YES    NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _____

_____
_____
_____
_____
_____

        *Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 12-17-08

Rachel Skolnick
Signed Name

Rachel Skolnich
Printed Name