Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106-1253
Tel:   619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SKOLNICK, | Case No. 09-CV-00424-GEB-DAD |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled. Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30 days. The parties jointly request that

///

///

///

///

Notice of Settlement

1

all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 17, 2009, for filing dispositional documents.

Dated: 6/16/09            KROHN & MOSS, LTD.

                                 /s/Ryan Lee
                                 Ryan Lee
                                 Attorney for Plaintiff
                                 Rachel Skolnick

Dated: 6/16/09            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                 /s/ Albert R. Limberg
                                 Albert R. Limberg
                                 Attorney for Defendant
                                 NCO Financial Systems, Inc.