IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SKOLNICK,<br><br>          Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>          Defendant. | 2:09-cv-00424-GEB-DAD<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

         On June 16, 2009, the parties filed a Notice of Settlement in which they state "this case has been settled." Further, the parties state they "anticipate filing a stipulation of dismissal of this action . . . within 30 days." Therefore, a dispositional document shall be filed no later than July 16, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

         Further, the parties "request that all pending dates and filing requirements be vacated." This request is denied since the

mere representation that an action has settled does not justify issuance of an order that virtually stays the action. Cf. <u>Callie v. Near</u>, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

Dated:  June 30, 2009

                                                                                                                     
GARLAND E. BURRELL, JR.
United States District Judge